**Jason M. GREEN, Appellant,**

v.

**David Raymond NEWELL; Paul Q. Koneck; Dennis Roof; Thomas Robbins; Samuel Hoskins; Kent N. Whinnery; Herbert M. Fitle; Richard A. Cerveny; Paul C. Pennington; Dennis Stecki; Wayne E. Melcher; R. Ourada, # 812; M. Kiley, # 1350; D. Moore, # 0976; Thomas Shaffer; James Cisar; Gaylon Kuchel; Hal Daub; John Packett; Clay Michels; James N. Skinner; Martin Conboy; Margaret Lawse; Omaha Police Department; Oma-**

ha/Douglas County Building Commission; County of Douglas; City of Omaha; Jack O'Donnell; Mike London, Appellees.

No. 00–3674.

United States Court of Appeals, Eighth Circuit.

Submitted Nov. 30, 2001.

Decided Dec. 14, 2001.

Before BOWMAN, BRIGHT, and LOKEN, Circuit Judges.

PER CURIAM.

Jason M. Green appeals the district court's [1] judgment for defendants following a jury trial in his 42 U.S.C. § 1983 action. He also appeals the district court's [2] earlier dismissal of several of his claims and defendants, and the various discovery, case management, and evidentiary rulings of the district court judges and two magistrate judges.[3]

Having carefully reviewed the record, we determine that the dismissal of portions of Green's complaint for failure to state a claim was proper, *see Sisley v. Leyendecker*, 260 F.3d 849, 850 (8th Cir.2001)(standard of review); that the evidence amply supported the jury's verdict, *see Cross v. Cleaver*, 142 F.3d 1059, 1066 (8th Cir.1998)(standard of review); that the trial rulings were proper, *see DiCarlo*

---

1. The Honorable Thomas M. Shanahan, United States District Judge for the District of Nebraska.

2. The Honorable William G. Cambridge, then Chief Judge, United States District Court for the District of Nebraska, now retired.

3. The Honorable Kathleen A. Jaudzemis, United States Magistrate Judge for the District of Nebraska, and the Honorable Thomas D. Thalken, United States Magistrate Judge for the District of Nebraska, to whom the case was referred for disposition of pretrial matters pursuant to 28 U.S.C. § 636(b)(1)(A).

*v. Keller Ladders, Inc.*, 211 F.3d 465, 467 (8th Cir.2000) (standard of review); that the grant of judgment as a matter of law on the one claim not submitted to the jury was proper, *see Kinserlow v. CMI Corp.*, 217 F.3d 1021, 1025 (8th Cir.2000) (standard of review); that the various discovery orders were not an abuse of discretion, *see In re Missouri Dep't of Natural Res.*, 105 F.3d 434, 435 (8th Cir.1997) (standard of review); that the orders declining to disqualify counsel were proper, *see Cole v. Ruidoso Mun. Sch.*, 43 F.3d 1373, 1383 (10th Cir.1994) (standard of review); and that the magistrate judge's decision not to recuse herself was not erroneous, *see In re Fed. Skywalk Cases*, 680 F.2d 1175, 1183 (8th Cir.1982)(standard of review).

Accordingly, we affirm. *See* 8th Cir. R. 47B. Green's motion to file his reply brief out of time is granted. The motion of the City of Omaha to strike Green's appendix and part of his addendum is granted as to documents that were not before the district court.

A true copy.